

**CT Corporation**
Service of Process Notification
11/11/2025
CT Log Number 550605613

## Service of Process Transmittal Summary

**TO:** Brenda Dalusong, Legal Coordinator
NBCUniversal Media, LLC
100 Universal City Plz # 1280/9
Universal City, CA 91608-1002

**RE:** Process Served in California

**FOR:** Universal Studios LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Laura Salazar // To: Universal Studios LLC |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s), Cover Sheet, Notice, Statement, Proof |
| **COURT/AGENCY:** | Los Angeles County - Superior Court - Alhambra, CA<br>Case # 25NNCV07453 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 11/29/2023 |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 11/11/2025 at 10:29 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S)/SENDER(S):** | Mindy S. Bish<br>Bish Law, APC<br>27201 Tourney Road, Suite 119<br>Valencia, CA 91355<br>661-255-8300 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/11/2025, Expected Purge Date: 11/16/2025 |
| | Image SOP |
| | Email Notification,  Brenda Dalusong  Brenda.Dalusong@nbcuni.com |
| | Email Notification,  Daniel Kummer  Daniel.Kummer@nbcuni.com |
| | Email Notification,  Erik Bierbauer  Erik.Bierbauer@nbcuni.com |
| | Email Notification,  Jorge Mendez  Jorge.Mendez@nbcuni.com |
| | Email Notification,  Ryan Waters  ryan.waters@universalorlando.com |
| | Email Notification,  Shannon Alexander  shannon.alexander@nbcuni.com |
| | Email Notification,  Ted Ragsac  ted.ragsac@nbcuni.com |
| | Email Notification,  Vivian Volker  Vivian.Volker@UniversalOrlando.com |
| | Email Notification,  Kimberly Andrick  kimberly_andrick@comcast.com |

**CT Corporation**
**Service of Process Notification**
11/11/2025
CT Log Number 550605613

| | |
|---|---|
| Email Notification, | Michael Dickert  michael_dickert@comcast.com |
| Email Notification, | Deborah Saunders  deborah_saunders@comcast.com |
| Email Notification, | Andria McGovern  andria.mcgovern@nbcuni.com |
| Email Notification, | David Sprung  david_sprung@comcast.com |
| Email Notification, | Rebecca Swander  rebecca.swander@universalorlando.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
330 N BRAND BLVD
STE 700
GLENDALE, CA 91203
8775647529
MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| **Date:** | Tue, Nov 11, 2025 |
| **Server Name:** | Jim Sands |

| | |
|---|---|
| Entity Served | Universal Studio, LLC |
| Case Number | 25NNCV07453 |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically FILED by
Superior Court of California,
County of Los Angeles
10/21/2025 2:29 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By D. Ludwig, Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
NBCUniversal, LLC; Universal Studios LLC; Universal Studios Company LLC; DOES 1 to 100, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Laura Salazar

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: ALHAMBRA COURTHOUSE
*(El nombre y dirección de la corte es):* 150 WEST COMMONWEALTH AVENUE
~~Burbank Courthouse~~ ALHAMBRA, CA 91801
~~300 East Olive~~
~~Burbank CA 91502~~

**CASE NUMBER:** *(Número del Caso):*
25NNCV07453

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Mindy S. Bish 169143    661-255-8300
27201 Tourney Road, Suite 119 Valencia CA 91355

DATE: 10/22/2025    Clerk, by D. Ludwig , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

David W. Slayton, Executive Officer/Clerk of Court

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*


[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* **Universal Studios, LLC**
   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☒ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 169143 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Mindy S. Bish | | |
| FIRM NAME: Bish Law, APC | | Electronically FILED by Superior Court of California, County of Los Angeles 10/21/2025 2:29 PM David W. Slayton, Executive Officer/Clerk of Court, By D. Ludwig, Deputy Clerk |
| STREET ADDRESS: 27201 Tourney Road, Suite 119 | | |
| CITY: Valencia    STATE: CA    ZIP CODE: 91355 | | |
| TELEPHONE NO.: 661-255-8300    FAX NO.: 661-255-8301 | | |
| EMAIL ADDRESS: MSB@BishLaw.com | | |
| ATTORNEY FOR (name): Laura Salazar | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: ~~300 East Olive~~  ALHAMBRA COURTHOUSE
MAILING ADDRESS: ~~300 East Olive~~  150 WEST COMMONWEALTH AVENUE
CITY AND ZIP CODE: ~~Burbank 91502~~  ALHAMBRA, CA 91801
BRANCH NAME: ~~Burbank Courthouse~~

PLAINTIFF: Laura Salazar

DEFENDANT: NBCUniversal, LLC; Universal Studios LLC; Universal Studios Company LLC

☑ DOES 1 TO 100

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number):

Type (check all that apply):
☐ MOTOR VEHICLE    ☑ OTHER (specify): PREMISES LIABILITY
☑ Property Damage    ☐ Wrongful Death
☑ Personal Injury    ☐ Other Damages (specify):

CASE NUMBER: 25NNCV07453

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)
   Amount demanded ☐ does not exceed $10,000
                    ☐ exceeds $10,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

1. **Plaintiff** (name or names): Laura Salazar
   alleges causes of action against **defendant** (name or names):
   NBCUniversal, LLC; Universal Studios LLC; Universal Studios Company LLC; DOES 1 to 100, Inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff (name):
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ **except** plaintiff (name):
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE: Salazar v. NBCUniversal, LLC, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* NBCUniversal, LLC
      (1) ☑ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☑ **except** defendant *(name):* Universal Studios LLC
      (1) ☑ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☑ **except** defendant *(name):* Universal Studios Company LLC
      (1) ☑ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1-100   were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 1-100   are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE:<br>Salazar v. NBCUniversal, LLC, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered *(check all that apply)*
    a. ☑ wage loss.
    b. ☑ loss of use of property.
    c. ☑ hospital and medical expenses.
    d. ☑ general damage.
    e. ☑ property damage.
    f. ☑ loss of earning capacity.
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages.
       (2) ☐ punitive damages.
    b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☑ according to proof.
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 10.14.2025

Mindy S. Bish
_____
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE:<br>Salazar v. NBCUniversal, LLC, et al. | CASE NUMBER: |
|---|---|

FIRST _____ **CAUSE OF ACTION—Premises Liability**   Page 4 _____
(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Laura Salazar

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* 11/29/2023                     plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*
On 11/29/2023, Plaintiff was walking back to their car in the parking lot located at or near 1070 Universal Studios Blvd, North Hollywood, CA 91602. Plaintiff is informed and does believe that Defendants own, operate, and/or maintain this premises. Plaintiff's shoe became stuck on the rubber floor due to uneven resin layers, and as a result, Plaintiff tripped and fell forward landing on her elbows and knees. As a result of this incident, Plaintiff sustained significant injuries and damages.

Prem.L-2.  [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
NBCUniversal, LLC; Universal Studios LLC; Universal Studios Company LLC

[✓] Does 1 _____ to 100 _____

Prem.L-3.  [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does _____ to _____

Plaintiff, a recreational user, was  [ ] an invited guest   [ ] a paying guest.

Prem.L-4.  [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[✓] Does 1 _____ to 100 _____

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b  [ ] as follows *(names):*

Page 1 of 1

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(4) [Rev. January 1, 2007] | **CAUSE OF ACTION—Premises Liability** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov |