UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:25–cv–11741–HDV–E          Date   2/27/2026

Title   *LAURA SALAZAR V. NBC UNIVERSAL ET AL*

Present:   The Honorable   Hernán D. Vera, United States District Judge

 Wendy Hernandez                                    Not Reported
   Deputy Clerk                                      Court Reporter

   Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
        None Present                               None Present

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL
                  FOR LACK OF PROSECUTION**

   Plaintiff is ordered to show cause, in writing, no later than  March 6, 2026  why this
action should not be dismissed for lack of prosecution.  The Court will consider the filing of
the following on or before the above date as an appropriate response to this Order to Show
Cause.

_   Proof of service of summons and complaint.

X   Response to complaint/amended complaint by the defendant or an application for
    entry of default pursuant to Federal Rules of Civil Procedure 55(a).

─   Application for entry of default judgment pursuant to Federal Rules of Civil
    Procedure 55(b).

   No oral argument on this matter will be heard unless otherwise ordered by the Court. *See*
Fed. R. Civ. P. 78; Local Rule 7-15. Failure to respond to the Order to Show Cause will result
in the dismissal of this action.

**IT IS SO ORDERED.**